```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**CHRISTINE L. VINSON**                                          **PLAINTIFF**

v.                         Civil No. 09-5244

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                               **DEFENDANT**

### O R D E R

Now on this 28th day of February, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 10) to which no objections have been filed. The Court, being well and sufficiently advised, finds that said Report and Recommendation is sound and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** should be, and it hereby is, **adopted *in toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's motion to dismiss her case (Doc. 9) is hereby **GRANTED** and this case is hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE